1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5
                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
7
                                              *E-FILED - 1/31/07*

8  ROMONA PARKS and PAULA           )
   HOUGHTON,                        )
9                                   )  CIV. NO. 06-06014 RMW HRL
           Plaintiff,               )
10                                  )  **STIPULATION TO CONTINUE
           v.                       )  2/2/07 CMC to 3/16/07, and
11                                  )  [PROPOSED] ORDER**
                                    )
12 GERALD E. MOORE & ASSOCIATES,    )  Date: February 2, 2007
   P.C. a/k/a THE LAW OFFICES OF    )  Time: 10:30 p.m.
13 GERALD E. MOORE & ASSOCIATES,    )  Court: HON. R. M. WHYTE
   P.C. and GERALD E. MOORE,        )
14                                  )
           Defendants.              )
15                                  )

16     The parties are scheduled to attend Mediation through the Court's Alternative Dispute

17 Resolution Unit. Thus, the parties respectfully request the Court continue the February 2, 2007

18 Case Management Conference until March 16, 2007.

19

20 Dated: January 24, 2007          _____
                                     Ronald Wilcox, Counsel for Plaintiff
21

22 Dated: January 24, 2007          _____
                                     Tomio Narita, Counsel for Defendants
23

24

                                        1

Stipulation to Continue 2/2/07 CMC to 3/16/07 and [PROPOSED] ORDER

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties the February 2, 2007 Case Management Conference is hereby continued to March 16, 2007.

IT IS SO ORDERED.

Date: 1/31/07

*Ronald M. Whyte*
RONALD M. WHYTE
U.S. DISTRICT JUDGE

Stipulation to Continue 2/2/07 CMC to 3/16/07 and [PROPOSED] ORDER